■ MIGUEL GONZALEZ, Appellant, v FASTFLEX, INC., Respondent. (And a Third-Party Action.) [704 NYS2d 515] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Westchester County (Coppola, J.), entered December 7, 1998, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Liability under Labor Law § 200 and common-law negligence will not attach when the allegedly dangerous condition of which the plaintiff complains was open and obvious (*see, Panetta v Paramount Communications,* 255 AD2d 568), particularly where, as in the instant case, the plaintiff was actually aware of the condition (*see, Tarrazi v 2025 Richmond Ave. Assocs.,* 260 AD2d 468). The plaintiff's arguments raised in opposition to the defendant's motion were either speculative or without merit. Therefore, the Supreme Court properly granted the defendant summary judgment dismissing the complaint. Mangano, P. J., Bracken, Luciano and Smith, JJ., concur.

■ SELMALEE GRANT, Also Known as SELMALEE KAUFMAN, Respondent, v JOHN MARSHALL, Appellant. [704 NYS2d 835] —In an action pursuant to CPLR 3213 for summary judgment in lieu of complaint to recover money owed on a promissory note, the defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County (Adams, J.), dated July 15, 1999, as denied that branch of his cross motion which was to dismiss the action as time-barred.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

The Supreme Court properly determined that issues of fact exist as to whether the defendant's May 19, 1995, payment to the plaintiff of the sum of $60,000 revived the debt and took the plaintiff's claim out of the Statute of Limitations (*see, Stabulas v Brooks Piece Dye Works Corp.,* 111 AD2d 803, 804; *Matter of McDonald,* 79 AD2d 754). Bracken, J. P., McGinity, Luciano and Feuerstein, JJ., concur.